THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Peter Arballo

**\*ORDER E-FILED ON 12/18/06\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER ARBALLO,                          Case No.  C 06-5786 HRL

      Plaintiff,                          STIPULATION OF DISMISSAL; ORDER

v.

CAMINO REAL GROUP, LLC,

      Defendant.
_____/

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action.  A Settlement Agreement between the parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future.  The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth.  The parties request the Court to retain jurisdiction for one year from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

C 06-5786 HRL                          1

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for one year after the date hereof.

Date: December 11, 2006                    Date:  December 11, 2006


S/Gregory J. Charles,                      S/Thomas N. Stewart, III,
Attorney for Defendants                    Attorney for Plaintiff

Gregory J. Charles
Silicon Valley Law Group
25 Metro Drive, Suite 600
San Jose, CA 95110

IT IS SO ORDERED:


Date:  December 18, 2006        _____
                                                   Judge
                                    Howard R. Lloyd
                               United States Magistrate Judge